IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | Case No.  23-CR-420-RDB-1 |
| SEAN KUSTERER, | : | |
| Defendant | : | |

## ORDER

The Court, having considered the defendant's Motion to Seal his Motion to Amend Conditions of Release, and good cause having been shown, it is this \_\_14\_\_ day of May 2024, HEREBY ORDERED, that the motion is GRANTED.  The Clerk is directed to place the Defense Motion and Exhibits under seal.

_____
J. Mark Coulson
United States Magistrate Judge

1